UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANNIE MONNETT BALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-CV-445-CLC-HBG ) |
| CITY OF NEWPORT, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendants City of Newport and Johnathan Ball's Motion to Strike. [Doc. 50] Defendants move the Court to strike Plaintiff's Response to Motion for Summary Judgment. [Doc. 48] As grounds, Defendants state that the filing contains unredacted birthdates, in violation of Fed. R. Civ. P. 5.2. In addition, Defendants contend that Plaintiff's filing includes documents obtained from the TBI, which are subject to a Limited Nondisclosure Agreement.

On August 31, 2020, the Court ordered that the documents in question be temporarily sealed and that the parties meet and confer to discuss the possible resolution of the issues. [Doc. 52] On September 3, 2020, the parties filed their Joint Status Report, indicating that the parties agreed that Plaintiff would withdraw the currently sealed response [Doc. 48], and would submit a properly redacted response.

In light of the agreement of the parties as to the resolution of this matter, Defendant's Motion to Strike **[Doc. 50]** is hereby **DENIED as MOOT**. Plaintiff **SHALL** file her redacted

response on or before **September 21, 2020**. Upon the filing of the redacted response, the Clerk's Office **SHALL REMOVE** the unredacted document **[Doc. 48]** from the record.

    **IT IS SO ORDERED.**

        ENTER:

        _/s/ Bruce Guyton_
        United States Magistrate Judge